AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WERLEIN, JR., EWING | USDC/SO. DIST. TEXAS | 07/26/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE – SENIOR STATUS | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 515 RUSK AVENUE, ROOM 11521 HOUSTON, TX 77002-2605 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust No. 1 |
| 2. Director & Chairperson | The Methodist Hospital, Houston, Texas |
| 3. Director | TMH Medical Office Bldgs Condominium Assoc. |
| 4. As Chairperson of TMH Board, director ex officio w/vote of following: | Medvest Holdings, Inc.; Methodist Health Centers; Methodist International; (cont'd in Note (1) in Part VIII) |
| 5. As Chairman of TMH Board, director ex officio w/o vote of following: | Diagnostic Center Hospital Corp. of Texas; Medvest Inc. (cont'd in Note (2) in Part VIII) |
| 6. Executor | Estate No. 1 |
| 7. Trustee | Trust No. 2 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Methodist Hospital | 09/23-24/2009 | New York, NY | Meeting with Medical School Affiliate | Transportation, lodging, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Halliburton com. | A | Dividend | K | T | | | | | |
| 2. Halliburton com. | A | Dividend | K | T | | | | | |
| 3. BP PLC, ADR | C | Dividend | L | T | | | | | |
| 4. Exxon Mobil com. | D | Dividend | N | T | | | | | |
| 5. Anadarko Petroleum Corp. com. | A | Dividend | K | T | | | | | |
| 6. Wal-Mart Stores com. | A | Dividend | J | T | | | | | |
| 7. Exxon-Mobil com. | B | Dividend | L | T | | | | | |
| 8. Johnson & Johnson, com. | C | Dividend | M | T | | | | | |
| 9. Conoco Phillips, com. | B | Dividend | L | T | | | | | |
| 10. Texas Capital Bankshares, com. | | None | L | T | | | | | |
| 11. HCP Inc., com. f/k/a HealthCare Prop. | A | Dividend | J | T | | | | | |
| 12. CNL Lifestyle Props Inc. units | A | Dividend | K | V | | | | | See note (3) in Part VIII |
| 13. Hines REIT, units | A | Dividend | K | V | | | | | See note (3) in Part VIII |
| 14. AT&T, com. (X) | A | Dividend | K | T | | | | | |
| 15. Bristol-Myers Squibb, com. (X) | A | Dividend | J | T | | | | | |
| 16. Burlington Northern Santa Fe, com. (X) | A | Dividend | K | T | | | | | |
| 17. Cisco Systems, com. (X) | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS — _Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Comcast Corp. Class A (X) | A | Dividend | J | T | | | | | |
| 19. Dean Foods Co., com. (X) | | None | J | T | | | | | |
| 20. Goodyear, com. (X) | | None | J | T | | | | | |
| 21. Hewlett Packard, com. (X) | A | Dividend | K | T | | | | | |
| 22. Intel Corp., com. (X) | A | Dividend | K | T | | | | | |
| 23. IBM, com. (X) | A | Dividend | L | T | | | | | |
| 24. JP Morgan Chase, com. (X) | A | Dividend | K | T | | | | | |
| 25. LSI Corp., com. (X) | | None | J | T | | | | | |
| 26. Pepsico, Inc., com. (X) | A | Dividend | K | T | | | | | |
| 27. Target Corp., com. (X) | A | Dividend | K | T | | | | | |
| 28. Treehouse Foods, com. (X) | | None | J | T | | | | | |
| 29. Zimmer Holdings, Inc., com. (X) | | None | J | T | | | | | |
| 30. MUTUAL FUNDS: | | | | | | | | | |
| 31. Fidelity MM Fund | A | Dividend | J | T | | | | | |
| 32. Fidelity Low Price Stock | C | Dividend | O | T | | | | | |
| 33. Fidelity Contrafund | B | Dividend | N | T | | | | | |
| 34. Fidelity Mid-Cap Stock | A | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Assetmark Large-Cap Value | | None | | | Buy (add'l) | 01/12/09 | J | | |
| 36. | | | | | Sold | 09/21/09 | K | | |
| 37. Assetmark Large-Cap Growth | | None | | | Buy (add'l) | 01/12/09 | J | | |
| 38. | | | | | Sold | 09/21/09 | K | | |
| 39. Assetmark Small/Mid-Cap Value | | None | | | Sold | 09/21/09 | J | | |
| 40. Assetmark Small/Mid-Cap Growth | | None | | | Sold | 09/21/09 | J | | |
| 41. Assetmark International | | None | | | Buy (add'l) | 01/12/09 | J | | |
| 42. | | | | | Sold | 09/21/09 | K | | |
| 43. Assetmark Real Estate Securities | | None | | | Buy (add'l) | 01/12/09 | J | | |
| 44. | | | | | Sold | 09/21/09 | J | | |
| 45. Assetmark Tax-Exempt | A | Dividend | | | Sold (part) | 03/23/09 | J | | |
| 46. | | | | | Sold | 09/21/09 | L | B | |
| 47. American Century Tax-Free Bond | A | Dividend | K | T | Sold (part) | 02/19/09 | J | | |
| 48. | | | | | Buy (add'l) | 04/15/09 | J | | |
| 49. | | | | | Sold (part) | 05/21/09 | J | A | |
| 50. | | | | | Buy (add'l) | 08/10/09 | J | | |
| 51. | | | | | Buy (add'l) | 12/09/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Loomis Sayles Bond Fund Retail | A | Dividend | K | T | Sold (part) | 02/19/09 | J | | |
| 53. | | | | | Buy (add'l) | 04/15/09 | J | | |
| 54. | | | | | Buy (add'l) | 08/10/09 | J | | |
| 55. | | | | | Buy (add'l) | 12/09/09 | J | | |
| 56. Thornburg Internat'l Value | A | Dividend | J | T | Buy (add'l) | 02/19/09 | J | | |
| 57. | | | | | Sold (part) | 04/15/09 | J | A | |
| 58. | | | | | Sold (part) | 05/21/09 | J | A | |
| 59. | | | | | Buy (add'l) | 08/10/09 | J | | |
| 60. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 61. Federated Mun. Trust MM | A | Dividend | | | Closed | 09/30/09 | J | | |
| 62. Oakmark Fund | A | Dividend | J | T | Buy (add'l) | 02/19/09 | J | | |
| 63. | | | | | Sold (part) | 04/15/09 | J | | |
| 64. | | | | | Sold (part) | 05/21/09 | J | | |
| 65. | | | | | Sold (part) | 08/10/09 | J | | |
| 66. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 67. Federated Mun. Tr. MM | A | Dividend | | | Closed | 10/21/09 | J | | |
| 68. Clipper Fund | A | Dividend | K | T | Sold (part) | 02/19/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/15/09 | J | | |
| 70. | | | | | Sold (part) | 05/21/09 | J | | |
| 71. | | | | | Sold (part) | 08/10/09 | J | | |
| 72. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 73. Adelante U.S. Real Est. Secs. | A | Dividend | | | Buy (add'l) | 02/19/09 | J | | |
| 74. | | | | | Sold | 04/15/09 | J | A | |
| 75. FMI Large Cap Fund | A | Dividend | K | T | Buy (add'l) | 02/19/09 | J | | |
| 76. | | | | | Sold (part) | 04/15/09 | J | | |
| 77. | | | | | Sold (part) | 08/10/09 | J | | |
| 78. | | | | | Buy (add'l) | 12/31/09 | K | | |
| 79. Harbor Internat'l Fund Investor Class | A | Dividend | K | T | Buy (add'l) | 02/19/09 | J | | |
| 80. | | | | | Sold (part) | 04/15/09 | J | | |
| 81. | | | | | Sold (part) | 05/21/09 | J | | |
| 82. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 83. Harbor Capital Appreciation Fund | | None | K | T | Sold (part) | 02/19/09 | J | | |
| 84. | | | | | Buy (add'l) | 04/15/09 | J | | |
| 85. | | | | | Buy (add'l) | 05/21/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/10/09 | J | | |
| 87. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 88. Oakmark Global Select Fund Class I | A | Dividend | K | T | Buy (add'l) | 02/19/09 | J | | |
| 89. | | | | | Sold (part) | 04/15/09 | J | | |
| 90. | | | | | Sold (part) | 05/21/09 | J | | |
| 91. | | | | | Sold (part) | 08/10/09 | J | | |
| 92. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 93. Pimco High Yield Fund Class D | A | Dividend | J | T | Sold (part) | 02/19/09 | J | A | |
| 94. | | | | | Buy (add'l) | 04/15/09 | J | | |
| 95. | | | | | Sold (part) | 05/21/09 | J | B | |
| 96. | | | | | Sold (part) | 08/10/09 | J | A | |
| 97. | | | | | Buy (add'l) | 12/11/09 | J | | |
| 98. Touchstone Sands Capital Select | | None | J | T | Sold (part) | 02/19/09 | J | | |
| 99. | | | | | Sold (part) | 04/15/09 | J | | |
| 100. | | | | | Sold (part) | 05/21/09 | J | | |
| 101. | | | | | Sold (part) | 08/10/09 | J | | |
| 102. Vanguard Prime MM Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. JP Morgan High Yield Bond Fund | A | Dividend | K | T | Buy | 02/19/09 | J | | |
| 104. | | | | | Buy (add'l) | 04/15/09 | J | | |
| 105. | | | | | Buy (add'l) | 05/21/09 | J | | |
| 106. | | | | | Sold (part) | 08/10/09 | J | A | |
| 107. | | | | | Buy (add'l) | 12/11/09 | J | | |
| 108. Pimco Emerging Local Bond Fund | A | Dividend | K | T | Buy | 08/10/09 | J | | |
| 109. | | | | | Buy (add'l) | 12/11/09 | J | | |
| 110. Pimco Unconstrained Bond Fund Class D | A | Dividend | K | T | Buy | 05/21/09 | K | | |
| 111. | | | | | Buy (add'l) | 08/10/09 | J | | |
| 112. | | | | | Buy (add'l) | 12/11/09 | K | | |
| 113. SSGA Emerging Markets Fund | A | Dividend | K | T | Buy | 05/21/09 | J | | |
| 114. | | | | | Sold (part) | 08/10/09 | J | A | |
| 115. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 116. Prime Fund-Capital Reserves MM | A | Dividend | L | T | Open | 09/30/09 | M | | |
| 117. Nuveen Mun. Mkt. Oppor. Fund (X) | A | Dividend | J | T | | | | | |
| 118. BONDS and U.S. TREASURY NOTES: | | | | | | | | | |
| 119. Dallas, TX Ind. Sch. bonds | B | Interest | | | Redeemed | 09/01/09 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Frisco, TX AMBAC bonds | B | Interest | K | T | | | | | |
| 121. Halifax Hosp. Med. Ctr. Fla. (X) | A | Interest | J | T | | | | | |
| 122. Lower Colo. Riv. Auth. Tex. (X) | | None | J | T | | | | | |
| 123. Montgomery Co. Pa. Hghr. Ed. (X) | A | Interest | J | T | | | | | |
| 124. Illinois Dev. Fin. Auth. (X) | A | Interest | | | Redeemed | 11/15/09 | J | | |
| 125. Texas St. Dept. HSG & CMTY Affairs (X) | A | Interest | J | T | | | | | |
| 126. Meriden Conn. G10 Bonds (X) | | None | K | T | | | | | |
| 127. Mission TX Cons. Indpt. Sch. Dist. (X) | A | Interest | J | T | | | | | |
| 128. Austin ISD Tex. U/T Ref. Ser. A (X) | | None | K | T | | | | | |
| 129. New Jersey St. Transn. TR FD Auth. Sys. Ser A (X) | A | Interest | K | T | | | | | |
| 130. Univ Tex Perm Univ FD RFDG Ser. B (X) | | None | K | T | | | | | |
| 131. Pearland TX Indpt Sch Dist Ser A U/T B/EDD (X) | A | Interest | K | T | | | | | |
| 132. ACCOUNTS IN FINANCIAL INST: | | | | | | | | | |
| 133. Merrill Lynch Cash/Money Accts | A | Dividend | K | T | | | | | |
| 134. Northern Trust Bank, Houston, check. acct. | A | Interest | K | T | | | | | |
| 135. Bank of America, Houston, TX (Accounts) | A | Interest | N | T | | | | | |
| 136. Encore Bank, Houston, CD | A | Interest | | | Redeemed | 04/10/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Intervest Bank, Clearwater, FL, CD | B | Interest | | | Redeemed | 04/06/09 | L | | |
| 138. Key Bank USA CD | C | Interest | L | T | | | | | |
| 139. Comerica Bank, Houston (accts) | A | Interest | L | T | | | | | |
| 140. Texas Capital Bank, Houston (acct) | A | Interest | J | T | | | | | |
| 141. REAL ESTATE: | | | | | | | | | |
| 142. Condo–Larimer Co., CO | E | Rent | N | W | | | | | |
| 143. Working Interest-Cabot U., Andrews Co., TX | D | Royalty | K | W | | | | | |
| 144. Royalty Interest, Ector Co., TX | A | Royalty | J | W | | | | | |
| 145. Royalty Interest, Wheeler Co., TX | A | Royalty | J | W | | | | | |
| 146. Royalty Interest, Martin Co., TX | A | Royalty | J | W | | | | | |
| 147. Royalty Interest, Glasscock County, TX (X) | D | Rent | J | W | | | | | |
| 148. Fractional int. in real property, Kerr County, TX (X) | A | Rent | J | W | | | | | |
| 149. RETIREMENT & IRA ACCOUNTS: | | | | | | | | | |
| 150. IRA Acct: John Hancock Ind. Ret.Annuity | | None | K | V | | | | | See Note-Part VIII |
| 151. IRA Acct: CGM Focus Fund | A | Dividend | L | T | | | | | |
| 152. IRA ROLLOVER ACCOUNT: All entries that follow from Lines 155 | E | Dividend | P1 | T | | | | | |
| 153. through 203 are under the discretionary | | Interest | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. management of a registered investment manager. | | | | | | | | | |
| 155. --Pfizer Inc., com. | | | | | | | | | |
| 156. --Altria Group, com. | | | | | | | | | |
| 157. --Schwab MM Funds | | | | | | | | | |
| 158. --Americredit Corp., com. | | | | | Sold | 02/23/09 | J | | |
| 159. --Comcast Corp. New Cl. A | | | | | Sold (part) | 02/20/09 | J | | |
| 160. --Consol. Energy, com. | | | | | | | | | |
| 161. --Leucadia Natl Corp., com. | | | | | | | | | |
| 162. --Mercury Genl Corp., com. | | | | | | | | | |
| 163. --NVR Inc., com. | | | | | | | | | |
| 164. --Capital One Fin. Corp., com. | | | | | Sold | 02/20/09 | J | | |
| 165. --Key Energy Serv., com. | | | | | | | | | |
| 166. --RLI Corp., com. | | | | | | | | | |
| 167. --Berkshire Hathaway CL B | | | | | | | | | |
| 168. --Cintas Corp., com. | | | | | | | | | |
| 169. --Amer. Eagle Outfitters New, com. | | | | | | | | | |
| 170. --Gannett Co., com. | | | | | Sold | 02/20/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Home Depot, com. | | | | | | | | | |
| 172. --Tyco Int'l Ltd., com. | | | | | | | | | |
| 173. --Tower Group Inc., com.(fka Castlepoint Hldgs F., com.) | | | | | | | | | |
| 174. --Coleman Cable Inc., com. | | | | | | | | | |
| 175. --Johnson & Johnson, com. | | | | | | | | | |
| 176. --Kraft Foods Inc., com. | | | | | | | | | |
| 177. --Meruelo Maddux PPTYS Inc., com. | | | | | Sold | 02/23/09 | J | | |
| 178. --Sherwin Williams Co., com. | | | | | | | | | |
| 179. --RAIT Financial Trust | | | | | Sold | 03/18/09 | J | | |
| 180. --Liberty Media Corp. CL A, com. | | | | | Sold (part) | 02/20/09 | J | B | |
| 181. | | | | | Merged (with line 202) | 11/25/09 | K | | See lines 202 and 203 |
| 182. --Annaly Cap. Mgmt REIT | | | | | | | | | |
| 183. --Republic Srvcs, com. | | | | | | | | | |
| 184. --Boston Priv. Finl Hldg, com. | | | | | | | | | |
| 185. --Horsehead Hldg Corp., com. | | | | | | | | | |
| 186. --Illinois Tool Works, com. | | | | | | | | | |
| 187. --Kohls Corp., com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Microsoft, com. | | | | | | | | | |
| 189. --Myr Group, com. | | | | | | | | | |
| 190. --Orion Marine Group, com. | | | | | | | | | |
| 191. --Pinnacle Gas Res., com. | | | | | Sold | 03/18/09 | J | | |
| 192. --Stryker Corp., com. | | | | | | | | | |
| 193. --Synovus Financial, com. | | | | | | | | | |
| 194. --Wellpoint, Inc., com. | | | | | | | | | |
| 195. --Philip Morris Intl, com. | | | | | | | | | |
| 196. --Cablevision Sys., com. | | | | | Buy | 02/20/09 | K | | |
| 197. --Thermo Fish. Sc., com. | | | | | Buy | 02/20/09 | K | | |
| 198. --Procter & Gamble, com. | | | | | Buy | 02/23/09 | K | | |
| 199. --Kroger, com. | | | | | Buy | 09/09/09 | K | | |
| 200. --Northern O&G, com. | | | | | Buy | 10/30/09 | K | | |
| 201. --Amer. River Banksh., com. | | | | | Buy | 12/07/09 | J | | |
| 202. --Liberty Media Corp. A, com. | | | | | | 11/25/09 | J | | reorg. from line 180 |
| 203. --Direct TV Cl. A, com. | | | | | | 11/25/09 | K | | merger from line 180 |
| 204. TRUST NO. 1 | E | Dividend | | | Distributed | 07/09/09 | P1 | | See Note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. IRA ROLLOVER ACCT. NO. 2. All entries that follow from | G | Dividend | P1 | T | | | | | |
| 206. lines 210 thru 291 are under the full discretionary | | Interest | | | | | | | |
| 207. management of a registered investment manager. | | | | | | | | | |
| 208. FEDERAL AGENCY BONDS, NOTES, AND MORTGAGES | | | | | | | | | |
| 209. in IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 210. --Federal Home Ln Mtg Corp Notes due 03/09 | | | | | Redeemed | 03/15/09 | L | A | |
| 211. --Federal Natl Mtg Assoc Sub Notes due 02/11 | | | | | | | | | |
| 212. --Fed. Nat'l Mtg Assn. Callable Notes due 01/10 | | | | | | | | | |
| 213. --Fedl Natl Mtg Assoc. due 07/13 | | | | | Redeemed | 01/11/09 | M | | |
| 214. --ML US Trea. Money Fd | | | | | Redeemed | 02/03/09 | N | | |
| 215. --U.S. Treasury Bill due 11/09 | | | | | Buy | 03/13/09 | L | | |
| 216. | | | | | Redeemed | 11/19/09 | L | | |
| 217. --U.S. Treasury Bill due 12/09 | | | | | Buy | 05/28/09 | L | | |
| 218. | | | | | Redeemed | 12/17/09 | L | | |
| 219. --U.S. Treasury Bill due 12/10 | | | | | Buy | 12/17/09 | M | | |
| 220. CORPORATE BONDS/NOTES IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 221. --Chase Manhattan Corp. Subordinate Notes | | | | | Redeemed | 02/15/09 | L | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --Goldman Sachs Group SR Unsub Notes Global | | | | | Redeemed | 05/15/09 | L | | |
| 223. --Citigroup Inc. Senior Notes | | | | | | | | | |
| 224. --Target Corp. Notes | | | | | | | | | |
| 225. --Proctor & Gamble Corp. Notes | | | | | | | | | |
| 226. --AT&T Notes | | | | | Buy | 02/06/09 | M | | |
| 227. --Conoco Phillips Notes | | | | | Buy | 02/10/09 | M | | |
| 228. --Amgen Inc. Notes | | | | | Buy | 02/17/09 | M | | |
| 229. --Hewlett Packard Notes | | | | | Buy | 02/25/09 | M | | |
| 230. --Medtronic Inc. Notes | | | | | Buy | 03/10/09 | M | | |
| 231. --Procter & Gamble Notes | | | | | Buy | 03/24/09 | M | | |
| 232. --Wells Fargo MT Notes | | | | | Buy | 12/17/09 | M | | |
| 233. --Morgan Stanley Notes | | | | | Buy | 12/17/09 | M | | |
| 234. EQUITIES IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 235. --American Express, com. | | | | | | | | | |
| 236. --BP PLC, ADR | | | | | | | | | |
| 237. --ChevronTexaco, com. | | | | | | | | | |
| 238. --KO, com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --Exxon Mobil, com. | | | | | | | | | |
| 240. --GE, com. | | | | | | | | | |
| 241. --INTC, com. | | | | | | | | | |
| 242. --J.P. Morgan Chase, com. | | | | | | | | | |
| 243. --JNJ, com. | | | | | Buy (add'l) | 05/26/09 | K | | |
| 244. --LLY, com. | | | | | Sold (part) | 11/04/09 | K | | |
| 245. --Merck, com. | | | | | Buy (add'l) | 11/04/09 | K | | |
| 246. --PEP, com. | | | | | | | | | |
| 247. --WMT, com. | | | | | | | | | |
| 248. --Walgreen, com. | | | | | | | | | |
| 249. --McGraw-Hill, Inc., com. | | | | | | | | | |
| 250. --Microsoft Corp., com. | | | | | | | | | |
| 251. --Altria Group, com. | | | | | | | | | |
| 252. --Bank of America, com. | | | | | | | | | |
| 253. --Ameriprise Finl Inc., com. | | | | | Sold | 05/26/09 | J | A | |
| 254. --Automatic Data Proc., com. | | | | | | | | | |
| 255. --Emerson Elec. Co., com. | | | | | Sold | 05/26/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  --HSBC Hldg PLC, com. | | | | | | | | | |
| 257.  --Occidental Pete Corp. Cal., com. | | | | | | | | | |
| 258.  --Caterpillar, Inc., com. | | | | | | | | | |
| 259.  --Halliburton Co., com. | | | | | | | | | |
| 260.  --Home Depot, Inc., com. | | | | | | | | | |
| 261.  --Praxair Inc., com. | | | | | | | | | |
| 262.  --Proctor & Gamble., com. | | | | | | | | | |
| 263.  --Target Corp., com. | | | | | | | | | |
| 264.  --Transocean, com. | | | | | | | | | |
| 265.  --United Technologies Corp., com. | | | | | | | | | |
| 266.  --Cisco Systems Inc., com. | | | | | | | | | |
| 267.  --Medtronic Inc., com. | | | | | | | | | |
| 268.  --Microchip Tech., Inc., com. | | | | | | | | | |
| 269.  --Patriot Coal Corp., com. | | | | | | | | | |
| 270.  --Peabody Energy Corp., com. | | | | | | | | | |
| 271.  --Texas Instruments, com. | | | | | | | | | |
| 272.  --Kraft Foods Inc., com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. --Abbott Labs, com. | | | | | Buy (add'l) | 05/26/09 | J | | |
| 274. --ABB Ltd., com. | | | | | Sold | 11/04/09 | J | | |
| 275. --Rio Tinto PLC, com. | | | | | | | | | |
| 276. --Entergy Corp. New, com. | | | | | | | | | |
| 277. --Exelon Corp., com. | | | | | | | | | |
| 278. --Fomento Ecnmco Mex., com. | | | | | | | | | |
| 279. --Freeprt. McMoran CPR & Gold, com. | | | | | | | | | |
| 280. --Genl Dynamics Corp., com. | | | | | | | | | |
| 281. --McDermott Intl, com. | | | | | Sold | 05/26/09 | J | | |
| 282. --McDonalds, com. | | | | | | | | | |
| 283. --Natl Oilwell Varco, com. | | | | | Sold | 05/26/09 | J | | |
| 284. --Philip Morris Intl, com. | | | | | | | | | |
| 285. --Total SA., com. | | | | | | | | | |
| 286. --Becton Dickinson, com. | | | | | Buy | 11/04/09 | J | | |
| 287. CASH ACCOUNTS IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 288. --ML Bank USA RASP | | | | | Closed | 02/03/09 | M | | |
| 289. --ML Bank B&T FSB RASP | | | | | Closed | 02/03/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. --RF3 Money Fund | | | | | Open | 02/04/09 | L | | |
| 291. --DDG Money Fund | | | | | Open | 02/04/09 | N | | |
| 292. Vanguard Prime MM IRA Rollover | B | Dividend | N | T | | | | | |
| 293. Vanguard Admiral Trsy MM IRA Rollover | B | Dividend | P1 | T | | | | | |
| 294. ▨ Estate No. 1: | E | Int./Div. | P1 | T | Open | 07/28/09 | P1 | | |
| 295. --AT&T Inc., com. | | | | | Sold | 12/18/09 | M | E | |
| 296. --Centerpoint Energy Inc., com. | | | | | Sold | 12/18/09 | K | D | |
| 297. --ExxonMobil, com. | | | | | | | | | |
| 298. --HSBC Hldg PLC Sp ADR | | | | | Sold | 12/18/09 | L | E | |
| 299. --Southern Co., com. | | | | | Sold | 12/18/09 | L | D | |
| 300. --Pfizer (fk/a Wyeth) | | | | | Sold | 12/18/09 | K | B | |
| 301. --XCEL Energy, Inc., com. | | | | | Sold | 12/18/09 | L | D | |
| 302. --Halifax Hosp. Med. Ctr. FL | | | | | | | | | |
| 303. --New York City G/O Ser. E | | | | | | | | | |
| 304. --Brevard Co. FL Hlth Fac. | | | | | | | | | |
| 305. --New York St. Dorm Auth. Revs. | | | | | | | | | |
| 306. --Abilene TX ARPT-CTFS Oblig. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/26/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --Citibank MM | | | | | Closed | 12/02/09 | J | | |
| 308. --Real Property, Harris County, TX | | | | W | | | | | |
| 309. --Real Property, Kerr County, TX | | | | W | | | | | |
| 310. --Fidelity MM | | | | | Open | 12/10/09 | J | | |
| 311. Trust No. 2: | A | Dividend | M | T | Open | 12/16/09 | M | | |
| 312. --Fidelity MM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Part I POSITIONS, line 4, also the following subsidiaries: The Methodist Hospital Foundation; The Methodist Hospital, The Methodist Hospital Foundation, The Methodist Hospital Research Institute, TMH Health Care Group, and TMH Medical Office Buildings Condominium Association

(2) Part I POSITIONS, line 5, also the following subsidiaries: Methodist Willowbrook Medical Office Bldgs Condominium Association; Methodist Willowbrook Medical Office Bldgs II Condominium Association; San Jacinto Methodist-Alexander Condominium Association; San Jacinto Methodist Hospital; SJMH Condominium Association; The Methodist Hospital Condominium Association; and TMH Medical Office Buildings.

(3) Part VII, page 4, lines 12 and 13: The year-end values of CNL Lifestyle Props. Inc. units, and Hines REIT, which are real estate REITS that are not publicly traded, are derived from the issuers' estimates of value at year end.

(4) Part VII, page 12, line 150: The year-end value of IRA account in John Hancock Ind. Retirement Annuity, which is not publicly traded, was provided by John Hancock Life Ins. Co.

(5) Part VIII, page 15, line 204: Trust No. 1 was distributed to contingent beneficiaries after death of the primary beneficiary.

| Name of Person Reporting | Date of Report |
| --- | --- |
| WERLEIN, JR., EWING | 07/26/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544